UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 3:25CR29(SRU) |
| v. | |
| KONSTANTINOS DIAMANTIS and CHRISTOPHER ZIOGAS | March 31, 2025 |

## NOTICE OF AGREEMENT
## CONCERNING RULE 16 DISCLOSURES

In accordance with Standing Order § A, the Government respectfully provides notice that it has reached the following agreement with defendant Christopher Ziogas concerning a timetable and procedures for pretrial disclosure under Rule 16.

Counsel for Ziogas has requested production of a subset of the voluminous materials in the Government's possession, custody, or control. The Government will begin that production by April 4, 2025 and will complete it by June 25, 2025. The Government will produce processed data with images and load files. Ziogas will provide an appropriate portable hard drive at the Government's request.

In addition, while the parties may propose a complete pretrial scheduling order, in the meantime, the Government and Ziogas agree that:

(i)  60 days before the pretrial conference, they will make any disclosures concerning expert witnesses required by Standing Order § (C); and

(ii) 30 days before trial, the Government will finish its disclosure of *Giglio* and *Jencks* materials, if any unproduced materials remain in its possession, custody, or control.

Respectfully submitted,

MARC H. SILVERMAN
ACTING UNITED STATES ATTORNEY

/s/
JONATHAN N. FRANCIS
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv05083
jonathan.francis@usdoj.gov
157 Church Street, 25th Floor
New Haven, CT  06510
Tel.: (203) 821-3700

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

_____/s/_____
JONATHAN N. FRANCIS
ASSISTANT UNITED STATES ATTORNEY