UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES of AMERICA | ) |
| | ) |
| | ) CASE NO. 3:25-cr-00029-SRU-2 |
| v. | ) |
| | ) |
| | ) |
| CHRISTOPHER ZIOGAS | ) |
| | ) June 23, 2025 |

## MOTION FOR PERMISSION TO TRAVEL

On behalf of Christopher Ziogas, undersigned counsel moves this Court for Mr. Ziogas' permission to travel to Hobe Sound, Florida on July 19, 2025 and return on July 27, 2025. The purpose of this trip is for Mr. Ziogas to spend time with his daughter and her family in anticipation of, and in the days immediately after she is expected to give birth. If Mr. Ziogas is permitted to travel for this purpose, he will stay with his daughter, Angela Ziogas James at 8331 SE Quail Ridge Way, Hobe Sound, Florida. AUSA Jonathan Francis and Mr. Ziogas' United States Probation Officer, Edison Matute Salazar, consent to granting of this motion.

Respectfully Submitted,
The Defendant, Christopher Ziogas


By: /s/   Matthew M. Maddox
Federal Bar Number: CT 17313
501 Merritt 7, Sixth Floor
Norwalk, CT  06851
Telephone:  (203) 822-6610
Fax:  (203) 972-5886
Email: mmaddox@themaddoxlawfirm.com

CERTIFICATION

    I hereby certify that on June 23, 2025 the foregoing Motion for Permission to Travel was filed electronically through CMECF (Pacer), which provides notices to all appearing parties and access to this filing.

    /s/    Matthew M. Maddox
Matthew M. Maddox
Federal Bar Number CT 17313