UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **DOCKET NO. 3:25-cr-00029-SFR-2** |
| **Plaintiff** | : | |
| **vs.** | : | |
| **CHRISTOPHER ZIOGAS** | : | |
| **Defendant** | : | **SEPTEMBER 11, 2025** |

## MOTION TO WITHDRAW APPEARANCE

The undersigned respectfully moves to withdraw his appearance on behalf of defendant Christopher Ziogas in this case as the defendant has retained Matthew Maddox of The Maddox Law Firm to represent him.

RESPECTFULLY SUBMITTED,

BY   /s/ Patrick Tomasiewicz #ct01320
     Patrick Tomasiewicz, Esq.
     Fazzano & Tomasiewicz, LLC
     96 Oak Street
     Hartford, CT  06106
     (860) 231-7766
     Fed. Bar ct#01320
     pt@ftlawct.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the above date a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

          /s/ Patrick Tomasiewicz #ct01320
          Patrick Tomasiewicz, Esq.